IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
JIMMIE L. RAINES,                     :
       Petitioner
                                      :

       vs.                            :   CIVIL NO. 1:CV-05-1752

COMMONWEALTH OF PENNSYLVANIA,         :
DISTRICT ATTORNEY OF THE COUNTY
OF ALLEGHENY, and                     :
ATTORNEY GENERAL OF THE STATE
OF PENNSYLVANIA,                      :
       Respondents
```

O R D E R

AND NOW, this 30th day of November, 2005, upon consideration of the report (doc. 10) of the magistrate judge, filed November 3, 2005, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. The Clerk of Court shall transfer this file to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C § 2241(d).

    3. The Clerk of Court shall close this file.

/s/William W. Caldwell
William W. Caldwell
United States District Judge